FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6 / ENTERED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN RAYVAN JOHNSON,<br><br>    Petitioner,<br><br>vs.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>    Respondent. | Case No. CV 12-6620-JPR<br><br>**J U D G M E N T** |

Pursuant to the Memorandum Opinion and Order Denying First Amended Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 5, 2012



JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY